# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CYNTHIA D. CARRILLO-YERAS,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>            Defendant. | Case No. CV 08-05560 AN<br><br>AMENDED JUDGMENT FOR FULL PAYMENT OF BENEFITS |

In accordance with the Ninth Circuit's opinion in *Carrillo-Yeras v. Astrue*, --- F.3d --- (9th Cir. 2011), 2011 WL 5041912, and related 12/19/11 mandate (dkt. 22), the Court enters this Amended Judgment reinstating the state agency's August 19, 2003 favorable determination and awards Plaintiff full benefits.

DATED: December 29, 2011

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE